

HAROLD A. WEBB d. b. a. WEBB'S v. UNITED STATES

**No. 7286.**—Invoice dated Hawick, Scotland, March 13, 1942.
Certified March 16, 1942.
Entered at Utica, N. Y., April 24, 1942.
Entry No. U-64.

(Decided June 17, 1947)

Plaintiff not represented by counsel.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation entered into by and between the respective parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

MARSHALL FIELD & Co. v. UNITED STATES

**No. 7287.**—Invoice dated London, England, June 4, 1946.
Certified June 4, 1946.
Entered at Chicago, Ill., July 10, 1946.
Entry No. 208.

(Decided June 17, 1947)

*James W. Bevans* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

(185)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

A. W. SALTER & CO., INC., ET AL. *v.* UNITED STATES

No. 7288.—Invoices dated London, England, February 21, 1946, etc.
  Certified February 26, 1946, etc.
  Entered at New York, N. Y., April 1, 1946, etc.
  Entry No. 748852, etc.

(Decided June 17, 1947)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

SUPERFINE LENS CLEANER CO. *v.* UNITED STATES

No. 7289.—Invoice dated Manchester, England, April 15, 1946.
  Certified April 15, 1946.
  Entered at New York, N. Y., May 15, 1946.
  Entry No. 760967.

(Decided June 17, 1947)

*Siegel, Mandell & Davidson (Sidney Mandell* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of